IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MR. MICHAEL DARNELL OLIVER, #207467, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:11cv619-WHA ) |
| WARDEN PATTERSON, et al., | ) ) |
| Defendants. | ) |

**ORDER AND OPINION**

On August 10, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this the 30th day of August, 2011.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE